**STATE of Missouri, Respondent,**

v.

**John MACKLIN, Appellant.**

**No. WD 60462.**

Missouri Court of Appeals,
Western District.

May 28, 2002.

Nancy A. McKerrow, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Nicole E. Gorovsky, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before PAUL M. SPINDEN, C.J., HAROLD L. LOWENSTEIN and ROBERT G. ULRICH, JJ.

### ORDER

PER CURIAM.

John Macklin appeals his conviction following a jury trial for committing violence against an employee of the Department of Corrections, section 217.385, RSMo 2000, and sentence of five years imprisonment. In his sole point on appeal, Mr. Macklin claims that the trial court plainly erred in requiring him to appear before the jury in shackles. The judgment of conviction is affirmed. Rule 30.25(b).